IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DARRYLE LEE THOMAS,                )<br>                                    )<br>     Plaintiff,                    )<br>                                    )<br>     v.                             )<br>                                    )<br>WARDEN WALTER MYERS, in             )<br>his individual capacity,            )<br>and COMMISSIONER JEFFERSON          )<br>S. DUNN, in his individual          )<br>capacity,                           )<br>                                    )<br>     Defendants.                   )  | CIVIL ACTION NO.<br>  2:17cv654-MHT<br>       (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit asserting that the defendants have subjected him to grossly unsafe conditions in prison which has caused him severe stress and related symptoms, and that they have provided insufficient medical and mental-health care in response to his complaints.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment be granted and that no costs be taxed.  There

are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that summary judgment is appropriate, albeit for somewhat different reasons than the magistrate judge set forth, and that the magistrate judge's recommendation should be adopted as to the result.

An appropriate judgment will be entered.

DONE, this the 29th day of October, 2020.

                          /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE